UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-28443 |
| | § | |
| JAMES EDWARD ABRAHAM | § | |
| ARLENE ELIZABETH ABRAHAM | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 A.M. on _3/7/2014, in Courtroom 240, United States Courthouse, Kane County Courthouse, 100 S. 3rd Street, Geneva, IL 60134. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  02/05/2014            By:  /s/ David E. Grochocinski
                                              Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-28443 |
| | § | |
| JAMES EDWARD ABRAHAM | § | |
| ARLENE ELIZABETH ABRAHAM | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $189,500.00
*and approved disbursements of*     $175,693.86
*leaving a balance on hand of*[1] :     $13,806.14

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $13,806.14

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David E. Grochocinski, Trustee Fees | $9,225.00 | $0.00 | $2,500.00 |
| InnovaLaw, PC, Attorney for Trustee Fees | $2,756.50 | $0.00 | $2,756.50 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $106.44 | $0.00 | $106.44 |
| Scott Horewitch Pidgeon & Abrams, LLC, Accountant for Trustee Fees | $2,000.00 | $0.00 | $2,000.00 |

Total to be paid for chapter 7 administrative expenses:     $7,362.94
Remaining balance:     $6,443.20

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $6,443.20 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $6,443.20 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $58,545.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $12,753.07 | $0.00 | $1,403.53 |
| 2 | Capital One Bank (USA), N.A. | $15,681.73 | $0.00 | $1,725.84 |
| 3 | FIA CARD SERVICES, N.A. | $19,731.10 | $0.00 | $2,171.48 |
| 4 | FIA CARD SERVICES, N.A. | $4,175.24 | $0.00 | $459.50 |
| 5 | eCAST Settlement Corporation, assignee | $4,550.15 | $0.00 | $500.76 |
| 6 | Capital One, N.A. | $1,654.58 | $0.00 | $182.09 |

|  | Total to be paid to timely general unsecured claims: | $6,443.20 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010)

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David E. Grochocinski
              Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-28443-DRC
JAMES EDWARD ABRAHAM                                                    Chapter 7
ARLENE ELIZABETH ABRAHAM
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: pseamann              Page 1 of 1                Date Rcvd: Feb 06, 2014
                              Form ID: pdf006             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2014.
db/jdb        #+JAMES EDWARD ABRAHAM,    ARLENE ELIZABETH ABRAHAM,    0N250 Calvin Court,    Winfield, IL 60190-1154
19163992       +Bank of America,    P.O. 851001,    Dallas, TX 75285-1001
19163994        Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
20553550        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
20771016        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19163995        Chase,    Cardmember Services,    PO Box 15153,    Wilmington, DE 19886-5153
19163997       +Chase Mortgage,    PO 24696,    Columbus, OH 43224-0696
20596049       +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
19164000        Sears Master Card,    P.O. Box 183082,    Columbus, OH 43218-3082
20764998        eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20447248        E-mail/PDF: mrdiscen@discoverfinancial.com Feb 07 2014 01:31:40       Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
19163998       +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 07 2014 01:31:43       Discover Card,    PO Box 30421,
                 Salt Lake City, UT 84130-0421
19163999       +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 07 2014 01:13:39       Kohl Payment Center,
                 P.O. 2983,    Milwaukee, WI 53201-2983
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             InnovaLaw PC
19163993*      +Bank of America,    P.O. 851001,    Dallas, TX 75285-1001
19163996*       Chase,    Cardmember Services,    PO Box 15153,    Wilmington, DE 19886-5153
19164001*       Sears Master Card,    P.O. Box 183082,    Columbus, OH 43218-3082
                                                                                              TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2014 at the address(es) listed below:
              Ariane  Holtschlag    on behalf of Trustee David E Grochocinski aholtschlag@wfactorlaw.com,
               gsullivan@wfactorlaw.com
              David  Brown, ESQ    on behalf of Joint Debtor ARLENE ELIZABETH ABRAHAM dbrown@springerbrown.com,
               jkrafcisin@springerbrown.com
              David  Brown, ESQ    on behalf of Debtor JAMES EDWARD ABRAHAM dbrown@springerbrown.com,
               jkrafcisin@springerbrown.com
              David E Grochocinski    on behalf of Trustee David E Grochocinski lawyers@innovalaw.com,
               lawyers@innovalaw.com
              David E Grochocinski    dgrochocinski@innovalaw.com, deg@trustesolutions.net
              Kathleen M. McGuire    on behalf of Trustee David E Grochocinski kmcguire@innovalaw.com,
               kmmcguirelaw@sbcglobal.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 7