UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-28443 |
| | § | |
| JAMES EDWARD ABRAHAM | § | |
| ARLENE ELIZABETH ABRAHAM | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David E. Grochocinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $11,910.77 | Assets Exempt: | $33,350.00 |
| Total Distributions to Claimants: | $130,409.15 | Claims Discharged Without Payment: | $52,102.67 |
| Total Expenses of Administration: | $29,090.85 | | |

3) Total gross receipts of $189,500.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $30,000.00 (see **Exhibit 2),** yielded net receipts of $159,500.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $123,965.95 | $123,965.95 | $123,965.95 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $37,815.85 | $37,815.85 | $29,090.85 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $58,545.87 | $58,545.87 | $6,443.20 |
| **Total Disbursements** | $0.00 | $220,327.67 | $220,327.67 | $159,500.00 |

　　4). This case was originally filed under chapter 7 on 07/18/2012. The case was pending for 21 months.

　　5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

　　6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

　　Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/14/2014　　　　　　　　　　　By:　/s/ David E. Grochocinski
　　　　　　　　　　　　　　　　　　　　　　　Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| single family residence at 0 N 250 Calvin Court, Winfield, Illinois. Value of $170,000 less mortgage balance of $120,425 | 1210-000 | $189,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$189,500.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| HOMESTEAD EXEMPTION TO DEBTORS | Exemptions | 8100-002 | $30,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$30,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CHASE BANK - FIRST MORTGAGE PAYOFF | 4110-000 | $0.00 | $123,965.95 | $123,965.95 | $123,965.95 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$123,965.95** | **$123,965.95** | **$123,965.95** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David E. Grochocinski, Trustee | 2100-000 | NA | $11,225.00 | $11,225.00 | $2,500.00 |
| CREDIT TO BUYER FOR CLOSING COSTS | 2500-000 | NA | $3,000.00 | $3,000.00 | $3,000.00 |
| SURVEY | 2500-000 | NA | $350.00 | $350.00 | $350.00 |
| TITLE CHARGES | 2500-000 | NA | $1,330.00 | $1,330.00 | $1,330.00 |
| TITLE FEES, ETC | 2500-000 | NA | $178.00 | $178.00 | $178.00 |
| Green Bank | 2600-000 | NA | $152.55 | $152.55 | $152.55 |
| 1ST OF 2012 TAXES | 2820-000 | NA | $2,425.47 | $2,425.47 | $2,425.47 |
| 2013 COUNTY TAXES | 2820-000 | NA | $2,107.17 | $2,107.17 | $2,107.17 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| SECOND INSTALLMENT 2012 COUNTY TAXES | 2820-000 | NA | $2,425.47 | $2,425.47 | $2,425.47 |
| TRANSFER TAXES | 2820-000 | NA | $284.25 | $284.25 | $284.25 |
| InnovaLaw, PC, Attorney for Trustee | 3110-000 | NA | $2,756.50 | $2,756.50 | $2,756.50 |
| InnovaLaw, PC, Attorney for Trustee | 3120-000 | NA | $106.44 | $106.44 | $106.44 |
| Scott Horewitch Pidgeon & Abrams, LLC, Accountant for Trustee | 3410-000 | NA | $2,000.00 | $2,000.00 | $2,000.00 |
| CENTURY 21 PRO TEAM, Realtor for Trustee | 3510-000 | NA | $4,887.50 | $4,887.50 | $4,887.50 |
| COLDWELL BANKER, Realtor for Trustee | 3510-000 | NA | $4,587.50 | $4,587.50 | $4,587.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $37,815.85 | $37,815.85 | $29,090.85 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | $0.00 | $12,753.07 | $12,753.07 | $1,403.53 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $15,681.73 | $15,681.73 | $1,725.84 |
| 3 | FIA CARD SERVICES, N.A. | 7100-000 | $0.00 | $19,731.10 | $19,731.10 | $2,171.48 |
| 4 | FIA CARD SERVICES, N.A. | 7100-000 | $0.00 | $4,175.24 | $4,175.24 | $459.50 |
| 5 | eCAST Settlement Corporation, assignee | 7100-000 | $0.00 | $4,550.15 | $4,550.15 | $500.76 |
| 6 | Capital One, N.A. | 7100-000 | $0.00 | $1,654.58 | $1,654.58 | $182.09 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $58,545.87 | $58,545.87 | $6,443.20 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1 Exhibit 8

| Case No.: | 12-28443-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | ABRAHAM, JAMES EDWARD AND ABRAHAM, ARLENE ELIZABETH | Date Filed (f) or Converted (c): | 07/18/2012 (f) |
| For the Period Ending: | 4/14/2014 | §341(a) Meeting Date: | 10/09/2012 |
| | | Claims Bar Date: | 08/02/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | single family residence at 0 N 250 Calvin Court, Winfield, Illinois. Value of $170,000 less mortgage balance of $120,425, less homestead of $30,000, less taxes, commissions and closing costs of $12,464 would leave maximum equity of $7,111, not inclusive of mortgage accruals, buyer's credits, trustee and attorney fees to close. | $170,000.00 | $19,575.00 | | $189,500.00 | FA |
| 2 | bills and coins | $150.00 | $0.00 | | $0.00 | FA |
| 3 | 2 checking accounts and one savings account at Chase Bank | $600.00 | $0.00 | | $0.00 | FA |
| 4 | ordinary old and used furniture, furnishings, television, kitchenware | $1,200.00 | $0.00 | | $0.00 | FA |
| 5 | ordinary clothing for two | $400.00 | $0.00 | | $0.00 | FA |
| 6 | wedding rings, watches, costume jewelry | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 7 | something | $20.00 | $20.00 | | $0.00 | FA |
| 8 | OAD Orthopaedics profit sharing and savings plan | $10,890.77 | $10,890.77 | | $0.00 | FA |
| 9 | 1997 Buick LeSabre (177,100 miles) | $1,000.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $185,260.77 | $31,485.77 | | $189,500.00 | $0.00 |

**Major Activities affecting case closing:**

Sale of residence completed.

Waiting turnover of information to accountant. Awaiting tax returns

Final report in progress

Final hearing scheduled for 3/7/14

Final distribution checks issued today. Follow for 90 days for checks to clear to do TDR.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit 8

| **Case No.:** | 12-28443-DRC | | **Trustee Name:** | David E. Grochocinski |
|---|---|---|---|---|
| **Case Name:** | ABRAHAM, JAMES EDWARD AND ABRAHAM, ARLENE ELIZABETH | | **Date Filed (f) or Converted (c):** | 07/18/2012 (f) |
| **For the Period Ending:** | 4/14/2014 | | **§341(a) Meeting Date:** | 10/09/2012 |
| | | | **Claims Bar Date:** | 08/02/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 06/30/2014    **Current Projected Date Of Final Report (TFR):** 06/30/2014

/s/ DAVID E. GROCHOCINSKI
DAVID E. GROCHOCINSKI

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 12-28443-DRC | |
| **Case Name:** | ABRAHAM, JAMES EDWARD AND ABRAHAM, ARLENE ELIZABETH | |
| **Primary Taxpayer ID #:** | **-***2200 | |
| **Co-Debtor Taxpayer ID #:** | **-***2201 | |
| **For Period Beginning:** | 7/18/2012 | |
| **For Period Ending:** | 4/14/2014 | |

| | |
|---|---|
| **Trustee Name:** | David E. Grochocinski |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******4301 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 06/03/2013 | | JAMES ABRAHAM | SALE OF REAL PROPERTY | | * | $13,958.69 | | $13,958.69 |
| | {1} | | SALE OF REAL PROPERTY | $189,500.00 | 1210-000 | | | $13,958.69 |
| | | | CHASE BANK - FIRST MORTGAGE PAYOFF | $(123,965.95) | 4110-000 | | | $13,958.69 |
| | | | 2013 COUNTY TAXES | $(2,107.17) | 2820-000 | | | $13,958.69 |
| | | | SECOND INSTALLMENT 2012 COUNTY TAXES | $(2,425.47) | 2820-000 | | | $13,958.69 |
| | | | CENTURY 21 PRO TEAM | $(4,887.50) | 3510-000 | | | $13,958.69 |
| | | | COLDWELL BANKER | $(4,587.50) | 3510-000 | | | $13,958.69 |
| | | | HOMESTEAD EXEMPTION TO DEBTORS | $(30,000.00) | 8100-002 | | | $13,958.69 |
| | | | 1ST OF 2012 TAXES | $(2,425.47) | 2820-000 | | | $13,958.69 |
| | | | TITLE FEES, ETC | $(178.00) | 2500-000 | | | $13,958.69 |
| | | | TRANSFER TAXES | $(284.25) | 2820-000 | | | $13,958.69 |
| | | | SURVEY | $(350.00) | 2500-000 | | | $13,958.69 |
| | | | TITLE CHARGES | $(1,330.00) | 2500-000 | | | $13,958.69 |
| | | | CREDIT TO BUYER FOR CLOSING COSTS | $(3,000.00) | 2500-000 | | | $13,958.69 |
| 06/28/2013 | | Green Bank | Bank Service Fee | | 2600-000 | | $19.61 | $13,939.08 |
| 07/31/2013 | | Green Bank | Bank Service Fee | | 2600-000 | | $22.49 | $13,916.59 |
| 08/30/2013 | | Green Bank | Bank Service Fee | | 2600-000 | | $23.90 | $13,892.69 |
| 09/30/2013 | | Green Bank | Bank Service Fee | | 2600-000 | | $20.24 | $13,872.45 |
| 10/31/2013 | | Green Bank | Bank Service Fee | | 2600-000 | | $22.38 | $13,850.07 |
| 11/29/2013 | | Green Bank | Bank Service Fee | | 2600-000 | | $22.34 | $13,827.73 |
| 12/31/2013 | | Green Bank | Bank Service Fee | | 2600-000 | | $21.59 | $13,806.14 |
| 03/13/2014 | 3001 | David E. Grochocinski | Trustee Compensation | | 2100-000 | | $2,500.00 | $11,306.14 |
| 03/13/2014 | 3002 | InnovaLaw, PC | Distribution on Claim #: ; | | 3110-000 | | $2,756.50 | $8,549.64 |
| 03/13/2014 | 3003 | InnovaLaw, PC | Distribution on Claim #: ; | | 3120-000 | | $106.44 | $8,443.20 |
| 03/13/2014 | 3004 | Scott Horewitch Pidgeon & Abrams, LLC | Distribution on Claim #: ; | | 3410-000 | | $2,000.00 | $6,443.20 |
| 03/13/2014 | 3005 | Discover Bank | Distribution on Claim #: 1; | | 7100-000 | | $1,403.53 | $5,039.67 |
| | | | **SUBTOTALS** | | | $13,958.69 | $8,919.02 | |

Page No: 2  Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-28443-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | ABRAHAM, JAMES EDWARD AND ABRAHAM, ARLENE ELIZABETH | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2200 | Checking Acct #: | ******4301 |
| Co-Debtor Taxpayer ID #: | **-***2201 | Account Title: | |
| For Period Beginning: | 7/18/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/14/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/13/2014 | 3006 | Capital One Bank (USA), N.A. | Distribution on Claim #: 2; | 7100-000 | | $1,725.84 | $3,313.83 |
| 03/13/2014 | 3007 | FIA CARD SERVICES, N.A. | Distribution on Claim #: 3; | 7100-000 | | $2,171.48 | $1,142.35 |
| 03/13/2014 | 3008 | FIA CARD SERVICES, N.A. | Distribution on Claim #: 4; | 7100-000 | | $459.50 | $682.85 |
| 03/13/2014 | 3009 | eCAST Settlement Corporation, assignee | Distribution on Claim #: 5; | 7100-000 | | $500.76 | $182.09 |
| 03/13/2014 | 3010 | Capital One, N.A. | Distribution on Claim #: 6; | 7100-000 | | $182.09 | $0.00 |

|  |  |  |
|---|---|---|
| TOTALS: | $13,958.69 | $13,958.69 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $13,958.69 | $13,958.69 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $13,958.69 | $13,958.69 | |

| For the period of 7/18/2012 to 4/14/2014 | | For the entire history of the account between 05/31/2013 to 4/14/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $189,500.00 | Total Compensable Receipts: | $189,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $189,500.00 | Total Comp/Non Comp Receipts: | $189,500.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $159,500.00 | Total Compensable Disbursements: | $159,500.00 |
| Total Non-Compensable Disbursements: | $30,000.00 | Total Non-Compensable Disbursements: | $30,000.00 |
| Total Comp/Non Comp Disbursements: | $189,500.00 | Total Comp/Non Comp Disbursements: | $189,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-28443-DRC | Trustee Name: | David E. Grochocinski |
| --- | --- | --- | --- |
| Case Name: | ABRAHAM, JAMES EDWARD AND ABRAHAM, ARLENE ELIZABETH | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2200 | Checking Acct #: | ******4301 |
| Co-Debtor Taxpayer ID #: | **-***2201 | Account Title: | |
| For Period Beginning: | 7/18/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/14/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- | --- |
| | | $13,958.69 | $13,958.69 | $0.00 |

**For the period of 7/18/2012 to 4/14/2014**

| | |
| --- | --- |
| Total Compensable Receipts: | $189,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $189,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $159,500.00 |
| Total Non-Compensable Disbursements: | $30,000.00 |
| Total Comp/Non Comp Disbursements: | $189,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 07/18/2012 to 4/14/2014**

| | |
| --- | --- |
| Total Compensable Receipts: | $189,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $189,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $159,500.00 |
| Total Non-Compensable Disbursements: | $30,000.00 |
| Total Comp/Non Comp Disbursements: | $189,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |